JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANIEL GUSTAVO SALCIDO MENDEZ,

Petitioner,

v.

SECRETARY OF HOMELAND SECURITY et al.,

Respondents.

Case No. 5:26-cv-03145-SB-AJR

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Petitioner's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: July 17, 2026

Stanley Blumenfeld, Jr.
United States District Judge